IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GREGORY L. GILL, #188858                                    PETITIONER

VERSUS                              CIVIL ACTION NO. 1:19-cv-716-HSO-RHW

MISSISSIPPI STATE PENITENTIARY                              RESPONDENT

## O R D E R

Upon consideration of the petition for habeas corpus relief filed by Petitioner in the above entitled action, the Court finds that even though Petitioner attached his Certificate of Inmate Account, *see* Pet. [1] at 16, to his petition, Petitioner failed to file an application to proceed without prepaying fees or costs, or pay the $5.00 filing fee. Accordingly, it is hereby

ORDERED:

1. That **on or before November 20, 2019**, Petitioner shall complete and file the attached application OR pay the $5.00 filing fee. If Petitioner or someone on behalf of Petitioner submits the $5.00 filing fee, there must be a written explanation that the money is being submitted as payment of the filing fee in Civil Action Number 1:19-cv-716-HSO-RHW on behalf of Petitioner Gregory L. Gill.

2. The Clerk shall mail the attached *in forma pauperis* application to Petitioner at his last known address.

Failure to advise the Court of a change of address or failure to comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Petitioner and may result in the denial of *in forma pauperis* status.

THIS, the 21st day of October, 2019.

                                               *s/ Robert H. Walker*
                                         UNITED STATES MAGISTRATE JUDGE